**Sherrie J. TERRY, Plaintiff-Appellant,**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security, Defendant-Appellee.**

**No. 16-1332**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 17, 2017

Decided: February 10, 2017

J. Leeds Barroll, J. Leeds Barroll Law Office, Columbia, South Carolina; Robertson H. Wendt, Jr., Finkel Law Firm, LLC, North Charleston, South Carolina, for Appellant. Nora Koch, Acting Regional Chief Counsel, Charles Kawas, Acting Su-

pervisory Attorney, Jillian Quick, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; William N. Nettles, United States Attorney, Marshall Prince, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherrie J. Terry appeals the district court's order adopting the magistrate judge's recommendation and upholding the Commissioner's denial of her application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm. Terry v. Colvin, No. 8:14–cv–04641–MGL, 2016 WL 403061 (D.S.C. Feb. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED